

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN RE: | 1:06- SW-F-036 SMS |
|---|---|
| | SW-F-037 SMS |
| SEARCH WARRANTS AUTHORIZED ON | SW-F-038 SMS |
| | SW-F-039 SMS |
| 2810 Tahoe Drive, Merced, CA; | SW-F-040 SMS |
| | SW-F-041 SMS |
| 2232 Lobo Avenue, Merced, CA | SW-F-042 SMS |
| 3512 W. Highway 140, Merced, CA; | APPLICATION TO UNSEAL SEARCH AND SEIZURE WARRANTS, APPLICATIONS, AND AFFIDAVITS, AND SUPPORTING MEMORANDUM |
| 1135 Martin Luther King, Jr. Way, Merced, CA; | |
| One 2003 Chevrolet Avalanche, California License # 7D28291; | |
| One 2001 GMC Sierra 6R58878; | |
| One 1999 Honda Odyssey 4RHX993. | |

The United States of America hereby applies to this Court for an order unsealing the search and seizure warrants, applications, and affidavits in the above-captioned proceeding.

This motion is based on the fact that there is no longer a need to keep these items sealed since the investigation resulted in the arrests and the prosecution of defendants in United States

1

1 | v. Sergio Reynol Padilla, et al., 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney



1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                ) 1:06
                                      ) SW-F-036 SMS
                                      ) SW-F-037 SMS
SEARCH WARRANTS AUTHORIZED ON         ) SW-F-038 SMS
                                      ) SW-F-039 SMS
2810 Tahoe Drive, Merced, CA;         ) SW-F-040 SMS
                                      ) SW-F-041 SMS
2232 Lobo Avenue, Merced, CA          ) SW-F-042 SMS
                                      )
3512 W. Highway 140, Merced,          ) ORDER TO UNSEAL SEARCH AND
CA;                                   ) SEIZURE WARRANTS, APPLICATIONS,
                                      ) AND AFFIDAVITS, AND SUPPORTING
1135 Martin Luther King, Jr.          ) MEMORANDUM
Way, Merced, CA;                      )
                                      )
One 2003 Chevrolet Avalanche,         )
California License # 7D28291;         )
                                      )
One 2001 GMC Sierra 6R58878;          )
                                      )
One 1999 Honda Odyssey                )
4RHX993.                              )
_____)

   Having considered the government's application to unseal the search and seizure warrants, applications, and affidavits in the above-captioned proceeding,

   IT IS HEREBY ORDERED that the search and seizure warrants, applications, and affidavits shall be UNSEALED.

Dated: April 17, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1